**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Pawel Sebastian SZKUTNIK,
Defendant-Appellant.**

**No. 17-30088**

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 16, 2018

Justin Arnold, Assistant U.S. Attorney, Helen J. Brunner, Esquire, Assistant U.S. Attorney, Michael Lang, Assistant U.S. Attorney, DOJ-Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Nancy Tenney, FPDWA—Federal Public Defender's Office, Seattle, WA, for Defendant-Appellant

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Pawel Sebastian Szkutnik appeals from the district court's judgment and challenges the 16–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Szkutnik contends that the district court procedurally erred by failing to use the Guidelines range as the starting point at sentencing, instead sentencing him based on a determination made at a previous hearing. Szkutnik also argues that the court failed to explain the sentence adequately. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and conclude that there is none. The record reflects that the court considered the uncontested Guidelines range, but concluded that an above-Guidelines sentence was warranted in light of Szkutnik's poor performance on supervised release. The court's explanation was sufficient. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc). Moreover, the court's imposition of a 16–month sentence belies Szkutnik's argument that the court placed undue reliance on its remark at a prior revocation hearing that any future violations would result in an 18–month sentence.

Szkutnik also contends that the sentence is substantively unreasonable. The district court did not abuse its discretion. *See Gall*

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

*v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The 16–month sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Szkutnik's history on supervised release and failure to be deterred by prior prison terms. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.